IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY C. WILSON, *individually* | : | CIV. No. 4:14-CV-00771 |
| *and as administrator of the Estate of* | : | |
| *Jerry Wilson, deceased,* | : | (Judge Brann) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TA OPERATING LLC, TRESTON | : | |
| W. HARRIS, MOORE FREIGHT | : | |
| SERVICE, INC., EASTBRIDGE | : | |
| TRAILERS, MANAC, INC., | : | |
| MANAC TRAILERS USA, INC., | : | |
| THE BOLER COMPANY, | : | |
| HENDRICKSON USA, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

January 28, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS

HEREBY ORDERED THAT:

1.     The Defendants' Motion for Summary Judgment is GRANTED (ECF No. 96).

2.     The clerk is directed to enter judgment for Defendant TA Operating LLC and Defendant Treston W. Harris, and dismiss them from this

1

case.

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge