# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY C. WILSON, Individually and as Administratrix of the Estate of Jerry Wilson, Deceased, | : : : | No. 4:14-cv-00771 |
| | : | (Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| TA OPERATING, LLC, and TRESTON WESLEY HARRIS, | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 13th day of February, 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion for Partial Summary Judgment, ECF No. 141, is **DENIED**.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge